

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00535-CV

**SAN ANTONIO RIVER AUTHORITY**,
Appellant

v.

**AUSTIN BRIDGE & ROAD, L.P.** and Hayward Baker Inc.,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 15-12-23406-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

On October 21, 2016, this appeal was abated for mediation. On December 30, 2016, Appellant filed a letter with this Court stating the mediation was not successful.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this Court. Appellant's brief must be filed no later than thirty days from the date of this order. Appellant's motion for extension of time to file brief is denied as moot.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court